HEATHER E. WILLIAMS, Bar#122664
Federal Defender
RACHELLE BARBOUR, Bar #185395
Research & Writing Attorney
Office of the Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
DAVID MICHAEL WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR. S-13-184-TLN |
| ) | |
| Plaintiff, ) | **AMENDED STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| v. ) | **AND EXCLUDING TIME** |
| ) | |
| DAVID MICHAEL WHITE, ) | DATE: August 1, 2013 |
| ) | TIME: 9:30 a.m. |
| Defendant. ) | JUDGE: Hon. Troy L. Nunley |
| ) | |
| _____) | |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, DAVID MICHAEL WHITE, that the status conference set for Thursday, June 20, 2013 be continued to Thursday, August 1, 2013 at 9:30 a.m.

   The reason for the continuance is that additional time is needed for defense preparation and investigation.  Defense counsel has received discovery from the government and requires additional time to review it, research legal issues, and discuss them with Mr. White and the government.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 1, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: June 14, 2013             HEATHER E. WILLIAMS
                                 Federal Defender


                                 /s/ Rachelle Barbour
                                 RACHELLE BARBOUR
                                 Research and Writing Attorney
                                 Attorney for Defendant

DATED: June 14, 2013             BENJAMIN WAGNER
                                 United States Attorney


                                 /s/ Rachelle Barbour for
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

## **O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

1  The Court orders that the time from the date of the parties
2  stipulation, up to and including August 1, 2013, shall be excluded from
3  computation of time within which the trial of this case must be
4  commenced under the Speedy Trial Act, pursuant to 18 U.S.C.
5  § 3161(h)(7)(B)(iv) T4 (reasonable time for counsel to prepare). It is
6  further ordered that the June 20, 2013 status conference shall be
7  continued until August 1, 2013, at 9:30 a.m.
8  DATED:   June 19, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order                         **3**