1  HEATHER E. WILLIAMS, Bar#122664
   Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Research & Writing Attorney
3  Office of the Federal Defender
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone (916) 498-5700
5
   Attorney for Defendant
6  DAVID MICHAEL WHITE

7

8
                  IN THE UNITED STATES DISTRICT COURT
9
                FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
   UNITED STATES OF AMERICA,   )  No. CR. S-13-184-TLN
12                             )
              Plaintiff,       )  **STIPULATION AND ORDER**
13                             )  **CONTINUING STATUS CONFERENCE**
         v.                    )  **AND EXCLUDING TIME**
14                             )
   DAVID MICHAEL WHITE,        )  DATE: August 29, 2013
15                             )  TIME: 9:30 a.m.
              Defendant.       )  JUDGE: Hon. Troy L. Nunley
16                             )
   _____)
17

18      IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, MICHELE BECKWITH, Assistant United States

20 Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney,

21 attorney for Defendant, DAVID MICHAEL WHITE, that the status conference

22 set for Thursday, August 1, 2013 be continued to Thursday, August 29,

23 2013 at 9:30 a.m.

24      The reason for the continuance is that additional time is needed

25 for defense preparation and investigation.  Defense counsel has

26 received discovery from the government and requires additional time to

27 review it, research legal issues, and discuss them with Mr. White and

28 the government.

The parties stipulate that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 29, 2013, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 25, 2013                HEATHER E. WILLIAMS
                                    Federal Defender


                                    /s/ Rachelle Barbour
                                    RACHELLE BARBOUR
                                    Research and Writing Attorney
                                    Attorney for Defendant

DATED: July 25, 2013                BENJAMIN WAGNER
                                    United States Attorney


                                    /s/ Rachelle Barbour for
                                    MICHELE BECKWITH
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties stipulation, up to and including August 29, 2013, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4). It is further ordered that the August 1, 2013 status conference shall be continued until August 29, 2013, at 9:30 a.m.

DATED:  July 26, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Order                          3