HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Research & Writing Attorney
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710
rachelle.barbour@fd.org
916-498-5700/Fax 916-498-5710

Attorney for Defendant
DAVID MICHAEL WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DAVID MICHAEL WHITE,<br><br>　　　　　Defendant. | Case No.  CR. S-13-184-TLN<br><br>**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE AND MOTION HEARING AND EXCLUDING TIME**<br><br>Date:   December 5, 2013<br>Time:   9:30 a.m.<br>Judge:  Hon. Troy L. Nunley |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Staff Attorney, attorney for Defendant, DAVID MICHAEL WHITE, that the motion to dismiss hearing set for November 7, 20133 be vacated and that a new briefing schedule and a hearing date for a motion to dismiss be set.  The parties request that the hearing date for the motion to dismiss be set for December 5, 2013 at 9:30 a.m., and that the briefing schedule be set as follows:

　　　　Opposition to Motion Due:  November 7, 2013

　　　　Reply Due: November 21, 2013

The parties stipulate the time between today's date and the filing of the motion should be excluded under 18 U.S.C. § 3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4) and that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.  The parties also stipulation that the time from the filing of the motion until it is heard must be excluded under 18 U.S.C. § 3161(h)(1)(d)[pendency of motion](Local Code E).  Accordingly, speedy trial time is to be excluded from the date of this order through the date of the hearing set for December 5, 2013.

DATED: September 30, 2013                    HEATHER E. WILLIAMS
                                             Federal Defender

                                             /s/ Rachelle Barbour
                                             RACHELLE BARBOUR
                                             Research and Writing Attorney
                                             Attorney for Defendant

DATED: September 30, 2013                    BENJAMIN WAGNER
                                             United States Attorney

                                             /s/ Rachelle Barbour for
                                             MICHELE BECKWITH
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

O R D E R

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Time is excluded to provide defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting the requested briefing schedule and continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders that the time from the date of this order, up to and including December 5, 2013, shall be excluded from computation of time within which the trial of this case must be

commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv)(reasonable time for counsel to prepare - Local Code T4).   The proposed briefing schedule is adopted.

DATED:  October 1, 2013

Troy L. Nunley
United States District Judge

-3-