| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>February 13, 2014<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID MICHAEL WHITE,

    Defendant.

Case No. 2:13-CR-00184-TLN

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>DAVID MICHAEL WHITE</u>, Case No. <u>2:13-CR-00184-TLN</u> Charge <u>18 USC § 2250(A) – Failure to Update a Sex Offender Registration</u>, from custody for the following reasons:

- \_\_\_ Release on Personal Recognizance
- \_\_\_ Bail Posted in the Sum of $ \_\_\_
  - \_\_\_ Unsecured Appearance Bond $ \_\_\_
  - \_\_\_ Appearance Bond with 10% Deposit
  - \_\_\_ Appearance Bond with Surety
  - \_\_\_ Corporate Surety Bail Bond
- **X** (Other): <u>Motion to Dismiss Indictment signed by Judge Troy L. Nunley.</u>

Issued at Sacramento, California on February 13, 2014.

By: _/s/ Troy L. Nunley_

Judge Troy L. Nunley