BENJAMIN B. WAGNER
United States Attorney
MICHELE BECKWITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>DAVID WHITE,<br><br>                              Defendant. | CASE NO.  2:13-CR-184 TLN<br><br>MOTION TO DISMISS AND ORDER |

Based on information received after indictment and subsequent to the filing of the superseding information, and in the interest of justice, the government hereby moves to dismiss the indictment and the superseding information without prejudice.  Fed. R. Crim. P. 48(a).

Dated:  February 12, 2014                    BENJAMIN B. WAGNER
                                             United States Attorney

                                    By:  /s/ MICHELE BECKWITH
                                         MICHELE BECKWITH
                                         Assistant United States Attorney

1

1

2

3

4

5

6

7

8

9

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,                    CASE NO.  2:13-CR-184 TLN

11                            Plaintiff,          ORDER

12                    v.

13  DAVID WHITE,

14                            Defendant.

15

16        The government's motion to dismiss the indictment and superseding information is granted.

17  Fed. R. Crim. P. 48(a).  The indictment and the superseding information are hereby dismissed without

18  prejudice.

19

20  Dated: February 13, 2014

21

22  _____

23  Troy L. Nunley
    United States District Judge

24

25

26

27

28

2